Bradley L. Tilt, Utah #7649
ACTION LAW LLC
2825 E. Cottonwood Pkwy., Suite 500
Salt Lake City, UT 84121
Tel.: (801) 990-3262
brad@actionlawutah.com

Michael A. Rollin, Admitted Pro Hac
REILLY POZNER LLP
1900 16th Street, Suite 1700
Denver, Colorado 80202
Tel.: (303) 893-6100
Fax: (303) 893-6110
mrollin@rplaw.com

Matthew D. Spohn, Admitted Pro Hac
FULBRIGHT & JAWORSKI, L.L.P.
1200 17th Street, Suite 100
Denver, Colorado 80202
Tel.: (303) 801-2701
Fax: (303) 801-2777
mspohn@fulbright.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITYNATIONAL MORTGAGE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AURORA BANK FSB (formerly known as Lehman Brothers Bank, FSB) and AURORA LOAN SERVICES LLC,<br><br>Defendants. | **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Case No. 2:11-cv-00434<br><br>Judge David Nuffer |

Defendants Aurora Bank FSB, formerly known as Lehman Brothers Bank, FSB ("LBB") and Aurora Loan Services LLC ("Aurora") respectfully submit this motion for summary judgment against Plaintiff SecurityNational Mortgage Company ("SecurityNational") pursuant to Fed. R. Civ. P. 56. LBB and Aurora seek an order that the Indemnification Agreement between LBB, Aurora and SecurityNational obligates SecurityNational to provide indemnity for losses on loans sold by LBB to Lehman Brothers Holdings, Inc., and that therefore LBB and Aurora did not breach their Indemnification Agreement with SecurityNational and LBB and Aurora were not unjustly enriched.

In support of their cross-motion for summary judgment, LBB and Aurora adopt as their memorandum the memorandum they have filed in opposition to SecurityNational's motion for summary judgment. They waive their right to file a reply memorandum in support of their cross-motion.

DATED: October 11, 2012

          */s/ Matthew D. Spohn*
          Matthew Spohn
          FULBRIGHT & JAWORSKI L.L.P.
          *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of October, 2012, I served a copy of the foregoing via the Court's ECF system to the following:

Gifford W. Price
Mackey Price & Mecham
57 West 200 South, Suite 350
Salt Lake City, UT   84101
Email address - gprice@mackeyprice.com

Randall A. Mackey
Mackey Price & Mecham
57 West 200 South, Suite 350
Salt Lake City, UT   84101
Email address – rmackey@makeyprice.com

           */s/ Susan M. Morrissey*
Susan M. Morrissey